FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

2005 DEC 15  P 12: 57

_JACKSONVILLE_ Division

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

### CIVIL RIGHTS COMPLAINT FORM

_DOUGLAS M. JACKSON, SR.,_

_Plaintiff,_

CASE NUMBER: _3:05-cv-1272-J-25mcr_
(To be supplied by Clerk's Office)

_JURY TRIAL DEMANDED_

(Enter <u>full name</u> of each <u>Plaintiff</u> and prison
number, if applicable)

v.

_ARAMARK FOOD SERVICES COOPERATION (AFSC);_

_JOSEPH NEUBAUER, Chief Executive Officer (CEO), and_

_JEFF PERKINS, Food Service Director (FSD),_

_Defendants._

(Enter <u>full name</u> of each <u>Defendant</u>. If
additional space is required, use the blank
area directly to the right).

_____/

_IMMINENT DANGER/GRIEVANCE OF REPRISAL/JEWISH RELIGION PERSECUTION_
**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I.  <u>PLACE OF PRESENT CONFINEMENT:</u> _UNION CORRECTIONAL_
        (Indicate the name and location)

_INSTITUTION (UCI)_

II.  <u>DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN
THE FLORIDA DEPARTMENT OF CORRECTIONS?</u> Yes (✓) No ( )

[If your answer is YES, after reviewing the exhaustion requirements, answer the following
questions]

FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

2005 DEC 15  P 12: 57

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

_JACKSONVILLE_ Division

### CIVIL RIGHTS COMPLAINT FORM

_DOUGLAS M. JACKSON, SR.,_
        _Plaintiff,_

CASE NUMBER: _3:05-cv-1272-J-25MCR_
(To be supplied by Clerk's Office)

JURY TRIAL DEMANDED

(Enter **full name** of each Plaintiff and prison
number, if applicable)

v.

_ARAMARK FOOD SERVICES COOPERATION, (AFSC);_
_JOSEPH NEUBAUER, Chief Executive Officer (CEO), and_
_JEFF PERKINS, Food Service Director (FSD),_
                _Defendants._

(Enter **full name** of each Defendant. If
additional space is required, use the blank
area directly to the right).

_____/

_IMMINENT DANGER/GRIEVANCE OF REPRISAL/JEWISH RELIGION PERSECUTION_
**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I.    PLACE OF PRESENT CONFINEMENT: _UNION CORRECTIONAL_
                    (Indicate the name and location)

_INSTITUTION (UCI)_

II.   DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN
      THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes (✓) No (  )

      [If your answer is YES, after reviewing the exhaustion requirements, answer the following
      questions]

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

    1.  Informal Grievance (Form DC3-005)
    2.  Formal Grievance (Form DC1-303)
    3.  Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A.    Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

    1.  Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes (✓) No ( )

    2.  If so, you must attach a copy of the grievance and response to this Complaint form.

    3.  Were you denied *IMMINENT DANGER/ GRIEVANCE of REPRISAL* status? Yes ( ) No (✓)

        a.  If so, did you go through the informal grievance, formal grievance and appeal process? Yes (✓) No ( )

        b.  If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.    Informal Grievance (Request for Interview)

1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No (✓)

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No ( )

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No ( )

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes (✓) No ( )

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _12th_ day of _DECEMBER_, 2005.

_____
Signature of Plaintiff
DOUGLAS M. JACKSON, SR
( PRO SE PLAINTIFF )

IV.    PREVIOUS LAWSUITS:

A.    Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (✓) No ( )

B.    Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (✓) No ( )

C.    If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

  1.    Parties to previous lawsuit:

    Plaintiff(s): _DOUGLAS M. JACKSON, SR._

    Defendant(s): _STEVEN SINGER (COLUMBIA C.I. WARDEN)_

  2.    Court (if federal court, name the district; if state court, name the county):

    _U.S. DISTRICT COURT, MIDDLE DISTRICT of FLORIDA_

  3.    Docket Number: _1:05 - CV-155 - MP - AK_

  4.    Name of judge: _(UNKNOWN)_

  5.    Briefly describe the facts and basis of the lawsuit: _IMMINENT DANGER/ GRIEVANCE of REPRISALS_

  6.    Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

    _Still pending_

  7.    Approximate filing date: _MARCH 2005_

  8.    Approximate disposition date: _Still pending_

D.    Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case: _NOTE: Plaintiff has filed numerous other Lawsuits but do not have access to case files due to closures, files destroyed, etc. Check Court computer data base for Listings._

Plaintiff concede to 3 strike Rule. However, this being a 'Imminent Danger'/Grievance of Reprisal Lawsuit Plaintiff is exempt and the 3 strike Rule do NOT apply. See eg MEDBERRY V. BUTLER, 185 F3d 1189, 1193 (11th Cir. 1999); ABDUL-AKBAR V. McKELVIE, 229 F3d 307, 311 (3rd Cir 2001); BANOS V. O'GUIN, 144 F.3d 883, 884-85 (5th Cir 1999).

V.   <u>PARTIES</u>:  In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank.  Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.   Name of Plaintiff: DOUGLAS M. JACKSON, SR.  DC# 823916

Mailing address: 7819 N.W. 228th Street, Raiford, Florida 32026

B.   Additional Plaintiffs: N/A

In part C of this section, indicate the **full name** of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed.  For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.   Defendant: ARAMARK FOOD SERVICES COOPERATION

Mailing Address: ARAMARK TOWER, 1101 Market Street, Philadelphia, PA 19107-2988

Position: Business (Private)

Employed at: ARAMARK Food Service Corp.

D.   Defendant: JOSEPH NEUBAUER,

Mailing Address: ARAMARK TOWER, 1101 Market Street Philadelphia, PA. 19107-2988

Position: Chief Executive Officer (CEO)

Employed at: ARAMARK Food Services Corp.

DC 225 (Rev. 9/03)

E.  Defendant: _JEFF PERKINS,_

Mailing Address: _7819 N.W. 229ᵗʰ Street_

_Raiford, Florida 32026_

Position: _Aramark Food Services Director_

Employed at: _Union Correctional Institution_

F.  Defendant:

Mailing Address:

Position:

Employed at:

G.  Defendant:

Mailing Address:

Position:

Employed at:

VI.   **STATEMENT OF CLAIM**:  State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

(1) FIRST AMENDMENT, U.S. CONSTITUTION; (2) EIGHTH AMENDMENT, U.S. CONSTITUTION; (3) FOURTEENTH AMENDMENT, U.S. CONSTITUTION; AND (4) 42 U.S.C. Section 2000CC RELIGIOUS LAND USE AND INSTITU- IONALIZED PERSONS ACT (RLUIPA), respectively.

VII.   **STATEMENT OF FACTS**:  State as briefly as possible the FACTS of your case. Describe how each defendant was involved.  **Do not make any legal arguments or cite any cases or statutes.**  State with as much specificity as possible the facts in the following manner:

1.   Name and position of person(s) involved.
2.   Date(s).
3.   Place(s).
4.   Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.   Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

[1] This is a 42 USC Section 1983 Civil Rights Lawsuit filed by a State Prisoner, Fla. Dept. of Corrections (FDOC), State of Florida.

[2] The Plaintiff DOUGLAS M. JACKSON, SR. (hereafter Mr. JACKSON) is a true, serious, devout, sincere and observant Jewish Religion Prisoner, practicing Judaism, and is living by THE TORAH, THE CODE OF KASHRUS; and the

<u>CODE OF JEWISH LAW</u> in obedient to YAHWEH ALMIGHTY GOD!!!

[3] October 2003, the Fla. Dept. of Corrections <u>LOST</u> a federal civil rights lawsuit with Jewish Brother Mr. ALAN COTTON at Everglades Corr. Inst., MIAMI, FLORIDA, by denying Mr. COTTON a Jewish Religion Required and <u>TORAH</u> Mandated "<u>KOSHER DIET</u>" and the Department "<u>settled</u>" out of Court with Mr. COTTON to provide him a true "KOSHER DIET". <u>See COTTON v. FLA. DEPT. OF CORRECTIONS</u>, etc, Case No: 02-22760-CV-MOORE, "<u>STIPULATED JUDGMENT</u>", Exhibit "<u>B</u>", Attached.

[4] Shortly thereafter to meet other Jewish Prisoners' Religious diet "<u>KOSHER FOOD</u>" Needs and entitlements, the Florida Dept. of Corrections (FDOC), April of 2004, created the "<u>JEWISH DIETARY ACCOMMODATIONS (JDA)</u>" program to feed Jewish Prisoners "<u>KOSHER</u>" foods!!! <u>See JEWISH DIETARY ACCOMMODATIONS (JDA) Procedure No. 503,005</u> that the Defendants are to obey and enforce (Exhibit "<u>C</u>").

— 8 —

5 ARAMARK FOOD SERVICES COOPERATION (AFSC) is A PRIVATE for-profit food service Business AND COOPERATION contracted with the State of FLORIDA, FLORIDA Department of CORRECTIONS (FDOC), to provide FLORIDA PRISONERS with their Meals while ENCARCERATED.

6 ARAMARK FOOD SERVICE COOPERATION (AFSC) is "contracted" to prepare, serve AND deliver JEWISH PRISONERS "KOSHER" foods.

7 ARAMARK FOOD SERVICES COOPERATION (AFSC) PRACTICES, procedures, Customs, AND policies At the PRISON facility ARE every-thing but "KOSHER" AND ARE WORDLY-N-PAGAN IN NATURE AND greatly OFFENDS, VIOLATES, DEFILES, DESECRATES AND MOCKS the JEWISH RELIGION AND KOSHERNESS of JEWISH RELIGION PRISONERS. Its A DISGRACE!!!

8 MR. JACKSON WORKS for ARAMARK Food SERVICES Cooperation (AFSC) As A PRISONER IN the JDA KITCHEN At UNION CORRECTIONAl INSTITUTION (UCI).

— 9 —

[9] _Defendant PERKINS_ is the prisons' ARAMARK FOOD SERVICE COOPERATION (AFSC) Food Service Director at the prison facility.

[10] _Defendant PERKINS_ at the prison facility utilizes customs, policies, practices and procedures of ARAMARK FOOD SERVICES COOPERATION (AFSC) when dealing with: (A) _The JDA KITCHEN_ ; (B) _JDA PRISONER WORKERS,_ And (C) _FEEDING JEWISH PRISONERS KOSHER FOODS_ , etc.

[11] MR. JACKSON ( A INSIDER within the JDA Kitchen And Actually seeing, witnessing, observing, hearing, experiencing And At times A victim of the ANTI - Jewish And NON - Kosher practices, etc, etc OCCURRING within And out-side of the JDA Kitchen thats bringing _SHAME_ And making A _MOCKERY_ of THE JEWISH RELIGION ) IN good faith started utilizing the _FAC 33-103 INMATE GRIEVANCE PROCEDURE_ And did start filing grievance forms to the Defendant ARAMARK FOOD SERVICES COOPERAT-ION (AFSC) via its Agent _Defendant PERKINS._ See

Assortment of FAC 33-103 INMATE GRIEVANCE FORMS and ISSUES filed directly to Defendant PERKINS (MOST NOT OR NEVER ANSWERED IN-WRITING AND/OR returned) aswell as those filed with NON-defendant PRISON Officials (Exhibit "D"), seq.

12 Immediately, the Defendant ARAMARK FOOD SERVICES COOPERATION and its Agent Defendant PERKINS "TACTICAL" business policy, practice, procedure and custom Response was to "ATTACK" MR. JACKSON And to place MR. JACKSON IN ON-going IMMINENT DANGER OF SERIOUS PHYSICAL HARMS, INJURIES or DEATH !!! (See "APPROVED" Grievances, Exhibit "A").

13 As a "BUSINESS-TACTICAL" ploy IN "Response" to MR. JACKSON's first two (2) FAC 33-103 INMATE GRIEVANCE FORMS dated October 30th, 2005, RE:

(A) "ARAMARK's Jewish Religion Shabbath Days Violations" (Exhibit "D-1"),

And;

(B) "DINING HALL Table Rule Violation Notice" (Exhibit "D-2").

— 11 —

In direct violation of the state of Florida and Department of Corrections "CONFIDENTIAL" Laws, the Defendant ARMARK FOOD SERVICES COOPERATION (AFSC), its Agent Defendant PERKINS did take - and - show or revealed Mr. JACKSON's Oct. 30th "CONFIDENTIAL" FAC 33-103 GRIEVANCE FORMS (Exhibits "D1" and "D2") to other NON-authorized "Inmates" and JDA Kitchen Workers who are MAJOR causes of the failure, NON-KOSHERNESS, MOCKERY and DESECRATIONS of the JDA Program and Jewish Kitchen. This was done to "CHILL" grievance filings !!!

[14] ON OR About November 1st, 2005, Defendant PERKINS called Mr. JACKSON into Defendant ARAMARK FOOD SERVICES COOPERATION (AFSC) Office, UNION C.I., to discuss Mr. JACKSON's two (2) GRIEVANCE Forms (Exhibits "D1" and "D2") IN "PRIVATE."

[15] The Next day, ON OR About November 2nd, 2005, when Mr. JACKSON Returned to Work At 11 P.M. [After Defendant PERKINS earlier had discussed Mr. JACKSON's (Exhibit "D1" and "D2") GRIEVANCE Forms with NON-authorized J.D.A. Inmate Workers] IN A

hostile, threatening, arguementive manner and ANTI-JACKSON environment MR. JACKSON was confronted by INMATES WELLS and INMATE WEITZ who both ATTACKED (verbally) about his two (2) filed GRIEVANCE FORMS supra to Defendant PERKINS AND cautioned AND WARNED MR. JACKSON to

"Stop FILING GRIEVANCES!";

"Leave Things Alone AND As They Are!";

"It will cost ARAMARK MILLIONS of DOLLARS TO CONFORM TO MR. JACKSON's GRIEVANCES."

[16] LATER that same day, ON OR ABOUT NOV. 2nd, 2005, MR. JACKSON WAS CONFIDENTIALLY confided IN by other JDA INMATES who was present when Defendant PERKINS MADE HIS presentation to the INMATES before MR. JACKSON returned to work that:

(A) Defendant PERKINS told the JDA Inmate Workers that MR. JACKSON whose FILING GRIEVANCES is "A Problem"! ; AND

(B) That We (Defendant PERKINS AND INMATES) need to "take care of OR get RID of (hurt, Assault OR KILL) the Problem (MR. JACKSON); AND

(c) That INMATE WELLS (a known Inmate

> killer within the FDOC) stepped forth
> and volunteered to take - care - of
> Defendant PERKINS problem Mr. JACKSON
> and that Defendant PERKINS and
> Inmate WELLS are in an agreement
> and conspiracy together to "Get
> rid of" Mr. JACKSON !!!

|17| November 4th, 2005 (Exhibit "A-1") and November 6th, 2005 (Exhibit "A-2"), Mr. JACKSON filed two (2) IMMINENT DANGER / GRIEVANCE OF REPRISAL GRIEVANCES to WARDEN WHITEHURST, UNION C.I.

|18| November 16th, 2005 WARDEN WHITEHURST did "APPROVE" Mr. JAXSON's two (2) IMMINENT DANGER / GRIEVANCE OF REPRISAL GRIEVANCES (See Exhibits "A-2" and "A-2").

|19| December 5th, 2005, Defendant PERKINS called Mr. JACKSON into Defendant ARAMARK FOOD SERVICES COOPERATION (AFSC) office, UNION C.I., to discuss a November 22nd, 2005 FAC 33-103 INMATE GRIEVANCE filed to Asst. Warden WELLHAUSEN about

> "RE: Aramark And False Prisoner
> Pagan Holiday Worship In JDA
> Kitchen"

(See Exhibit "E"). Defendant PERKINS first remarks

were;

> "(Mr. Jackson) is in trouble for filing His Grievance on the Kitchen. That (Mr. Jackson's) attempt to get to Tallahassee will not work! That the Warden sends all grievances to him and that (Mr. Jackson) was warned to stop filing grievances!!!"

20. During this December 5th, 2005 encounter with Defendant PERKINS, within the Defendant ARAMARK FOOD SERVICES COOPERATION (AFSC) Office, Union C.I., Mr. JACKSON hand-delivered Defendant PERKINS a clearly marked "CONFIDENTIAL" FAC 33-103 INMATE GRIEVANCE;

> "RE: SABBATH HOLY DAY JDA KITCHEN DESECRATIONS, STEALINGS, ETC"

and Mr. JACKSON informed Defendant PERKINS that Mr. JACKSON wanted to "TALK" with Defendant PERKINS later about the "SENSITIVE and CONFIDENTIAL NATURE" that was now hand-delivered. See GRIEVANCE (Exhibit "E").

21. Defendant PERKINS and Defendant ARAMARK FOOD SERVICES COOPERATION (AFSC) to date NEVER got back with Mr. JACKSON but instead did in-bad faith and with willful and deliberate indifference:

(A) Lable Mr. JACKSON A "SNITCH" AMONG the DANGEROUS Inmate Population AND AMONG STAFF MEMBERS IN AN Attempt to get rid of MR. JACKSON (i.e., beatened, retaliated Against, harmed, victimized, hurt, locked-up or killed, etc); And

(B) Illegally published to Inmate WEITZ and other Inmates and staff Members Mr. JACKSON's Exhibit "E" GRIEVANCE who inturned spread the word all over the prison facility that MR. JACKSON is filing grievances on the ILLEGAL, UNKOSHER, NON-RELIGIOUS, ANTI-JEWISH, UNGODLY Activites that is occurring within the JDA Kitchen whose publication of the grievance has gotten MR. JACKSON MANY DEATH-THREATS from Staff Members (CO CRAWFORD and CO CONE) and the Inmate Population and MR. JACKSON's cell searched (Friday Dec. 9th, 2005) by Security Staff Members (CO CRAWFORD AND CO CONE) who did STEAL during the cell search (As eyewitnessed by MR. JACKSON's Roommate MR. MASTER BILAL) numerous personal and legal property items.

[22] December 10th, 2005 AS A direct result of Defendant ARAMARK FOOD SERVICES COOPERATION

-16-

(AFSC) AND Defendant PERKINS business practice, policy, procedure AND custom of GETTING RID-OF individuals who file grievances or voice complaints against "ARMARK" that NOW has MR. JACKSON IN IMMINENT DANGER OF SERIOUS HARMS, INJURIES OR DEATH, As MR. JACKSON was enroute to chow, AND, during chow, several individuals STOPPED-N-WARNED MR. JACKSON that his life was in GRAVE-DANGER from INMATES-N-SECURITY Members due to MR. JACKSON's "grievance filings" to Defendant PERKINS against the conditions within the JDA Kitchen managed by Defendant ARAMARK FOOD SERVICE COOPERATION (AFSC) AND Defendant PERKINS, respectively.

23. Defendants ARAMARK AND PERKINS both are IN the business of handling AND resolving "GRIEVANCES" like CRIMINAL-THUGS I.e.,

GET-RID OF THE GRIEVANT

As they are currently attempting to do with

-17-

MR. JACKSON and that <u>NOW</u> has MR. JACKSON IN <u>IMMINENT DANGER OF SERIOUS PHYSICAL HARMS</u>, <u>INJURIES OR DEATH</u> as shown herein with both <u>INMATES-N-SECURITY</u> alike wanting to <u>VICTIMIZE, HARM OR KILL</u> MR. JACKSON "But for" standing up for <u>YAHWEH Almighty God</u>, his <u>JEWISH RELIGION</u>, <u>KOSHER LAWS</u> and <u>THE TORAH</u>!!! The Defendants <u>HATES</u> "grievance" filers!!!

[24] Defendants <u>ARAMARK</u> and <u>PERKINS</u> can <u>NOT</u> come against MR. JACKSON as they have and <u>ENOUGH-IS-ENOUGH</u>!!! It must STOP!

[25] Defendants <u>ARAMARK</u> and <u>PERKINS</u> defacto policy, practices, procedures, and customs of, but <u>Not</u> limited to:

(A) Unkosherness;

(B) Allowing and condoning ARAMARK's inmate workers to <u>steal</u> out of the JUA kitchen when the <u>EIGHTH COMMANDMENT</u> clearly state "Thou Shalt Not Steal";

(C) Desecrating the Jewish Holy Days of <u>SHABBATH</u> when the TORAH clearly state "Honor The Sabbath Day To Keep it Holy," <u>FOURTH COMMANDMENT</u>;

(D) DISRESPECTING AND MAKING A MOCKERY out of the JEWISH RELIGION;

(E) WORSHIPING other false-gods (i.e., money-n-profits) over the Religious Rights of Jewish Prisoners AS MR. JACKSON when the FIRST COMMANDMENT clearly state that "YOU SHALL HAVE NO OTHER ELOHIM BEFORE ME"; AND

(F) UNFAITHFUL GRIEVANCE of Reprisal AND Retaliations practices

etc, etc, issues of which MR. JACKSON has been filing GRIEVANCES AGAINST and that has prevented MR. Jackson from faithfully practing his JEWISH Religion AND NOW has MR. JACKSON IN prison conditions that daily imperils his life, safety AND well being AND IMMINENT DANGER OF SERIOUS PHYSICAL HARMS, INJURIES OR DEATH merely because MR. JACKSON will NOT COMPROMISE his JEWISH RELIGION for the Defendants. ARAMARK AND PERKINS false gods AND idols!!! This is NO COMPROMISING...!!!

26  Defendants ARAMARK (aka Mr. NEUBAUER) AND PERKINS business practices described herein AND of JOINING-IN WITH PRISONERS AND Security to INTIMIDATE AND to CHILL GRIEVANCE filings MUST STOP.!!!!!!!!!

NOTE: MR. JACKSON just learned (12/10) that JEWISH Brother TODD SILVER was Assaulted ON the Job at ARMARK for filing GRIVANCES AND MR. JACKSON'S NAME was Mentioned to be Next.

VIII. <u>RELIEF REQUESTED</u>:   State briefly what you want the Court to do for you.  Again, do not make any legal arguments or cite any cases or statutes.

(1) Declare that the Acts AND OMISSIONS described herein violated MR. JACKSON RIGHTS under the Constitution AND laws of the United states; (2) Enter preliminary and permanent injunctions order Defendants ARMARK (NEUBAUER) AND PERKINS, their successors, Agents, employees And all persons Acting in concert with them to STOP their Acts of retaliations, and Acts of reprisals, to protect MR. JACKSON, to RESPECT JUDAISM OBAY THE LAWS OF KASHRUS And THE TORAH (Jewish BIBLE) And to ABANDON their current unethical AND unprofessional Misconduct towards MR. JACKSON, (3) Enter judgments In favor of MR. JACKSON for NOMINAL, COMPENSATORY AND PUNITIVE DAMAGES (Amounts to be ANNounced later) As Allowed by law against each defendant, jointly and severally, (4) GRANT A TRIAL by Jury And (5) GRANT Any And All other relief entitled.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this ___12th___ day of ___DECEMBER___ , 2005 _____.

DOUGLAS M. JACKSON, SR.

( PRO SE PLAINTIFF )

_____

(Signatures of all Plaintiffs)